UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANTHONY CRIVELLO RUSSO,

                        Plaintiff,

              -against-

JAN B. GOLDING, POLICE OFFICER, JOHN DIMILIA,
SEARGEANT, DARREL ALGAREN, POLICE OFFICER,
MICHAEL GUEDES, POLICE OFFICER, JOSEPH
VOUSDEN, TROOPER, and KEVEN M. CHORZEMPA,
POLICE OFFICER,

                        Defendants.
-----------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No.
07 Civ. 5795
(WP-4) (MDF)

**PLEASE TAKE NOTICE**, that upon the pleadings and all proceedings had herein, defendants JOHN DIMILIA and DARREL ALGAREN, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, will move this Court before the Honorable Mark D. Fox, United States Magistrate Judge at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, on a date to be assigned by the Court, for an order and judgment dismissing plaintiff's complaint pursuant to Fed. R. Civ. P. 8, and for such other, further and different relief as this Court deems just, proper, and equitable.

Dated: Mineola, New York
       July 17, 2007

                        MIRANDA SOKOLOFF SAMBURSKY
                        SLONE VERVENIOTIS LLP
                        Attorneys for Defendants
                        JOHN DIMILIA, DARREL ALGAREN, and
                        MICHAEL GUEDES

                        _____/s/ Jennifer E. Sherven_____
                        STEVEN C. STERN (SS 2573)
                        JENNIFER E. SHERVEN (JS 4195)
                        240 Mineola Boulevard
                        Mineola, NY 11501
                        (516) 741-7676
                        Our File No. 05-233

TO:    ANTHONY CRIVELLO RUSSO
        DIN: 05A5228
        Plaintiff, *pro se*
        P.O. Box 2500
        Marcy, New York 13403

        OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
        Attorney for Defendants JAN B. GOLDING, KEVIN M. CHORZEMPA, and
        JOSEPH V. VOUSDEN
        120 Broadway
        New York, New York 10271-0332