## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**Leila Krim**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Long Beach, New York.

That on November 15, 2007, deponent served the within **NOTICE OF MOTION AND DECLARATION** upon:

Mr. Anthony Crivello Russo
Mid-State Correctional Facility
DIN 05A5228
PO Box 2500
Marcy, New York 13403

Office of the New York State Attorney General
120 Broadway
New York, New York 10271-0332

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Leila Krim

Sworn to before me this 15th
day of November, 2007.

_____
NOTARY PUBLIC

Melissa L. Holtzer
Notary Public, State of New York
No. 02HO6171185
Qualified in Nassau County
Commission Expires 7/23/2011

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**Leila Krim,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Long Beach, New York.

That on November 15, 2007, deponent served the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** upon:

| | |
|---|---|
| Mr. Anthony Crivello Russo<br>Mid-State Correctional Facility<br>DIN 05A5228<br>PO Box 2500<br>Marcy, New York 13403 | Office of the New York State Attorney General<br>120 Broadway<br>New York, New York 10271-0332 |

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Leila Krim

Sworn to before me this 15th
day of November, 2007.

_____
NOTARY PUBLIC

Melissa L. Holtzer
Notary Public, State of New York
No. 02HO6171185
Qualified in Nassau County
Commission Expires 7/23/2011