UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
ANTHONY CRIVELLO RUSSO,

                                                 Plaintiff,                       **DECLARATION**

                                    -against-

JAN B. GOLDING, POLICE OFFICER, JOHN        Docket No.
DIMILIA, SEARGEANT, DARREL ALGAREN,      07 Civ. 5795
POLICE OFFICER, MICHAEL GUEDES, POLICE    (KMK) (MDF)
OFFICER, JOSEPH VOUSDEN, TROOPER, and
KEVEN M. CHORZEMPA, POLICE OFFICER,

                                              Defendants.
---------------------------------------------------------------------x

       **JENNIFER E. SHERVEN,** an attorney duly admitted to practice law in the State of New York, declares the following to be true, under penalty of perjury:

       1.    I am associated with the law firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, attorneys for defendants JOHN DIMILIA, DARREL, ALGAREN and MICHAEL GUEDES (hereinafter the "Wallkill Defendants") in the above-captioned action. As such, I am fully familiar with the facts and circumstances set forth herein. I submit this declaration in support of the Wallkill Defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6).

       2.    As set forth in the accompanying Memorandum of Law, all of plaintiff's claims arising out of his December 24, 2004 arrest and prosecution are barred as a matter of law by his criminal conviction and therefore fail to state a cause of action against the Wallkill Defendants. Plaintiff's claims under state law are barred by the statute of limitations and his failure to file a notice of claim. The balance of plaintiff's claims are incomprehensible and fail to set forth any cognizable claim at law.

3. Annexed hereto as Exhibit "A" is a copy of plaintiff's Amended Complaint.

Dated: Mineola, New York
November 15, 2007

                                              JENNIFER E. SHERVEN (JS 4195)
MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
JOHN DIMILIA, DARREL ALGAREN, and MICHAEL GUEDES
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No.: 05-233