UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY CRIVELLO RUSSO,

                            Plaintiff,

             -against-                  Docket No.
                                                  07 Civ. 5795
JAN B. GOLDING, POLICE OFFICER,         (KMK) (MDF)
JOHN DIMILIA, SEARGEANT, DARREL
ALGAREN, POLICE OFFICER,
MICHAEL GUEDES, POLICE OFFICER,
JOSEPH VOUSDEN, TROOPER, and
KEVEN M. CHORZEMPA, POLICE
OFFICER,

                            Defendants.
------------------------------------------------------------x


## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANTS' MOTION TO DISMISS

                                       **MIRANDA SOKOLOFF SAMBURSKY**
                                       **SLONE VERVENIOTIS LLP**
                                       Attorneys for Defendants
                                       JOHN DIMILIA, DARREL ALGAREN, and
                                       MICHAEL GUEDES
                                       240 Mineola Boulevard
                                       Mineola, NY 11501
                                       (516) 741-7676
                                       Our File No. 05-233


OF COUNSEL
    Steven C. Stern (SS 2573)
    Jennifer E. Sherven (JS 4195)