# **TABLE OF CONTENTS**

PRELIMINARY STATEMENT ...................................................**Error! Bookmark not defined.**

PROCEDURAL HISTORY..........................................................**Error! Bookmark not defined.**

STATEMENT OF FACTS ...........................................................**Error! Bookmark not defined.**

ARGUMENT.................................................................................**Error! Bookmark not defined.**

POINT I

   PLAINTIFF'S CLAIM FOR FALSE ARREST, MALICIOUS PROSECUTION  AND OTHER CLAIMS THAT ATTACK THE VALIDITY OF HIS CONVICTION
   MUST BE DISMISSED. ........................................................**Error! Bookmark not defined.**

POINT II

   PLAINTIFF'S STATE LAW CLAIMS MUST BE DISMISSED
   BASED UPON THE EXPIRATION OF THE STATUTE OF LIMITATIONS
   AND PLAINTIFF'S FAILURE TO FILE A NOTICE OF CLAIM ......**Error! Bookmark not defined.**

CONCLUSION............................................................................................................................ 10

# **TABLE OF AUTHORITIES**

**Cases**

Abbatiello v. Monsanto Co., --- F.Supp.2d ----, 2007 WL 3274771 (S.D.N.Y., November 5, 2007) ................................................................................................................................ 9

Baker v. Dorfman, 239 F.3d 415 (2d Cir. 2000) ............................................................................ 8

Channer v. Mitchell, 43 F.3d 786 (2d Cir. 1994) .......................................................................... 6

Duamutef v. Morris, 956 F. Supp. 1112 (S.D.N.Y. 1997) ......................................................... 6, 7

Hardy v. NYC Health & Hosp. Corp., 164 F.3d 789, 793-94 (2d Cir. 1999) ................................ 8

Heck v. Humphrey, 512 U.S. 477, 486-87 (1994) ..................................................................... 6, 7

Jocks v. Tavernier, 316 F.3d 128, 135 (2d Cir. 2003) ................................................................... 6

Labensky v. County of Nassau, 6 F.Supp.2d 161, 175 (E.D.N.Y. 1998), *aff'd* 173 F.3d 845 (2d Cir. 1999) ................................................................................................................................. 5

Mozzochi v. Borden, 959 F.2d 1174, 1179-80 (2d Cir. 1992) ....................................................... 7

Weyant v. Okst, 101 F.3d 845, 855 (2d Cir. 1996) ........................................................................ 6

**Statutes**

42 U.S.C. § 1983 ................................................................................................................. 1, 6, 7, 8

Fed. R. Civ. P. 8 ............................................................................................................................ 2

Fed. R. Civ. P. 12(b)(6) .............................................................................................................. 1, 6

Gen. M. Law §50-e ................................................................................................................... 8, 9

Gen. M. Law §50-i ........................................................................................................................ 8