<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NASSAU     )

**Kathleen C. Witt,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in **Mineola, New York.**

That on November 16, 2007, deponent served the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** upon:

| | |
|---|---|
| Mr. Anthony Crivello Russo<br>Plaintiff, *Pro Se*<br>Mid-State Correctional Facility<br>DIN: 05A5228<br>P.O. Box 2500<br>Marcy, New York 13403 | Office of the New York State Attorney General<br>Attorney for Defendants<br>JAN B. GOLDING, KEVIN M.<br>CHORZEMPA and JOSEPH V. VOUSDEN<br>120 Broadway<br>New York, New York 10271-0332 |

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**Kathleen C. Witt**

Sworn to before me this 16th
day of November, 2007.

_____
NOTARY PUBLIC

JENNIFER E. SHERVEN
Notary Public, State of New York
No. is 02SH6147051
Qualified in Nassau County
Commission Expires May 30, 2010