UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTHONY CRIVELLO RUSSO,

                          Plaintiff,

            -against-

JAN B. GOLDING, POLICE OFFICER,
JOHN DIMILIA, SEARGEANT, DARREL
ALGAREN,        POLICE        OFFICER,
MICHAEL GUEDES, POLICE OFFICER,
JOSEPH VOUSDEN, TROOPER, and
KEVEN M. CHORZEMPA, POLICE
OFFICER,

                          Defendants.
-----------------------------------------------------------------x

Docket No.
07 Civ. 5795
(KMK) (MDF)


**NOTICE**
**OF APPEARANCE**

        **PLEASE TAKE NOTICE** that JENNIFER E. SHERVEN, an associate of the firm of

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, attorneys for defendants

JOHN DIMILIA, DARREL ALGAREN and MICHAEL GUEDES, hereby files this notice solely for

the purpose of receiving ECF alerts via email.

Dated: Mineola, New York
       January 4, 2008

                              MIRANDA SOKOLOFF SAMBURSKY
                              SLONE VERVENIOTIS LLP
                              Attorneys for Defendants
                              JOHN DIMILIA, DARREL ALGAREN and
                              MICHAEL GUEDES

                   By: _____
                              JENNIFER E. SHERVEN (JS 4195)
                              240 Mineola Avenue
                              Mineola, New York 11501
                              (516) 741-7676
                              Our File No. 05-233

TO:    ANTHONY CRIVELLO RUSSO
       DIN: 05A5228
       Plaintiff, *pro se*
       Mid-State Correctional Facility
       P.O. Box 2500
       Marcy, New York 13403

       OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
       Attorney for Defendants
       JAN B. GOLDING, KEVIN M. CHORZEMPA and JOSEPH V. VOUSDEN
       120 Broadway
       New York, New York 10271-0332

2