UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Antonino Crivello Russo
                    Plaintiff
         against                          Honorable Justice
                                          Kenneth M. Karas
Jan B. Golding et al                      07 CIV. 5795
Darrel Algarin et al
                    Defendants
----------------------------------X



Greetings Honorable Justice Kenneth M. Karas:

   I am writing to you, in a cry for help. I have attemped to secure the trial transcript (Orange County Court index # 598-05), that is imperative to my Federalcase (07civ5795 KMK). I have been informed by the Orange County Court, that the stenogragher, a Ms. Jackson has moved to North Carolina. This appears to me, to be another ploy to frustrate my efforts, to prove my Federal complaint. This transcript will completely me and show the prejudice and bias that Judge Berry demonstrated to me, throughout all the proceeding.

   Sir I have been suffering the ramifications of this "<u>cover up</u> of the attempted assassination of me. I am serving 14 years in State prison, for the alleged, State crime of "constructed" possession of a weapon. I am 68 years old an I do not to die in prison, for objecting to being shot six times.

   Sir you are the only one that has the power, to right this wrong. Please allow me to <u>sopeona</u> the transscript, so I may show your Honorable Court, the truth.

   Dated 4/4/08 A.D.                    Antonino Crivello Russo

                                        /s/ Antonino Crivello Russo

For the reasons stated in the Order issued today
by the Court, Plaintiff cannot challenge his state conviction
in this case brought under Section 1983. As such, the Court
has no grounds to approve a subpoena or to otherwise order
production of the state trial transcript. Accordingly, Plaintiff's
request must be and is denied.

                                        SO ORDERED
                                        /s/ MK
                                        KENNETH M. KARAS U.S.D.J.
                                        6/12/08