USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

United States District Court
Southern District of New York

**MEMO ENDORSED** 2/10/11

Antonino Crinello Russo
      Plaintiff

v

Darrel Algarin et al
      Defendants

07 CIV. 5795 (KMK)

Letter Notice

Defendants are to respond to this letter.

So ordered.
KMK
2/26/11

Most Hon. Kenneth Karas,

   Sir I have written to you about 40 days ago and I have not recieved any response. I have also had my sister Emily O'Rielly contact you in regard to my present position; which is I have been arrested at Wallkill Corrections facility on the accusation of using U.C.C. material. This accusation is a lie. I have been put in solitary confinement (S.H.U.) where I do not have access to my legal work. I am informing you of my plight, so the defendants will be apprised of my hanicap.

                          Antonino Crinello Russo

# Addendum

Russo           Plaintiff                                    07CIV. 5795 (KMK)
     v
Algarin et. al.   Defendants

Most Hon. Kenneth M. Karas

   The document that I was making reference to, is a Notice issued under title 28 U.S.C.. It was intended for evidence in my pending Federal lawsuit that you are hearing and as addition as evidence to challenge A.D.A. Craig S. Brown ironic statement and his incredible prevarication throughout his dealing with my case. I also intended to send a copy to parole to show A.D.A. Brown lack of credibility. This notice was confiscated from me and I was thrown in S.H.U., I believe to stop me. Has Justice in America become an example of tyranny, when a Police Officer can shoot you down without repercussion due to a coverup. Has the light of truth gone out in America.

                                            Antonino Cirnello Russo

Please notify Defendants