U.S. Dist. Court
S.O. Dist. of N.Y.

Notice

Antonino Crivello Russo
           Plaintiff

V

Algarin et AL
           Defendants

The Clerk is respectfully requested to docket this letter. So Ordered
[signature] 2/26/11

07. CIV. 5795 (KMK)
From S.H.U.

MEMO ENDORSED

RECEIVED FEB 17 2011 USDC-WP-SDNY

Pro.se. office

It has been brought to my attension that this present suit is the outgroth of a suit I brought against all the Town of Wallkill town officers about 18 years ago. Whereas Police and building officers were following Antonino Crivello Russo around town, speaking against me to my customers and harrasing me. I had to have escorts to avoid the possiblity of a confrontation I did not prevail in this first suit and thats why I believe the town of Wallkill Officers waited untill now to start again, this time expecting to sucessfully kill me. Please ad this to my file.

Antonino Crivello Russo